UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Eger,

             Plaintiff,

v.

Messerli & Kramer, P.A.,

             Defendant.

Case No. 14-cv-1424 MJD/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated February 11, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss (ECF No. 7) is **DENIED**.

DATED: February 27, 2015                          s/Michael J. Davis
                                                                        MICHAEL J. DAVIS
                                                                           United States District Court Chief Judge